

RECEIVED
IN LAKE CHARLES, LA

JUL - 5 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MOHAMED BAH** | : | **DOCKET NO. 2:05-cv-1611** |
| **VS.** | : | **JUDGE MINALDI** |
| **IMMIGRATION & NATURALIZATION SERVICE** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this petition for writ of *habeas corpus* be DENIED AND DISMISSED WITH PREJUDICE as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _____ day of ____June____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE